UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MELVIN SIMIEN, III<br>#15895-035 | * | CIVIL ACTION NO. 2:15-cv-1192<br>SECTION P |
| v. | * | JUDGE MINALDI |
| UNITED STATES | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 6) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 5) filed pursuant to 28 U.S.C. § 2241 is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 2(day of _____Jan_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE